MAURICE WALTER, Respondent, v. ALEXANDER M. CRANE, Appellant.— Action to recover broker's commissions. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JEAN McGUIRE and Another, Respondents, v. SAMUEL BONAT and HARRY BONAT, Doing Business under the Firm and Trade Name of SAMUEL BONAT & BRO., Appellants.— Motion granted to the extent of granting a stay until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Carswell, Tompkins, Davis and Johnston, JJ.

BALLY NEETY REALTY CORPORATION, Respondent, v. MILLS-BASIN CONCRETE CORPORATION, Appellant.—Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Carswell, Tompkins, Davis and Johnston, JJ.

MARIE DI BENEDETTO, Respondent, and CHARLES DI BENEDETTO, Plaintiff, v. BOWERY SAVINGS BANK, Appellant, and CITY OF NEW ROCHELLE, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

TEOPISTA CARBONELLA, Respondent, v. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division granted. Present — Carswell, Tompkins, Davis and Johnston, JJ.

ANNA CZEGLEDY, Respondent, v. COUNT STEPHEN SZECSENY SICK BENEVOLENT SOCIAL MAN AND WOMAN SOCIETY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Carswell, Tompkins, Davis and Johnston, JJ.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and ANNA M. ENGELKING and ADELAIDE POWELL, Respondents. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

GUARANTEED TITLE AND MORTGAGE COMPANY, Appellant, v. CHARLES SCHEFFRES and Others, Defendants, and HERMAN MARGULIES and JEAN MARGULIES, Respondents. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Carswell, Tompkins, Davis and Johnston, JJ.

ISRAEL REALTY CORPORATION, etc., Respondent, v. IDA SAIKIN, etc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Carswell, Tompkins, Davis and Johnston, JJ.